Jane Welhouse Stebbins, OSB 144376
e-mail: jane@stebbinsandcoffey.com
Stebbins & Coffey
P.O. Box 1006
North Bend, OR 97459
Tel. 541.756.2066
Facsimile 541.756.2060
Attorneys for Plaintiff

Loren Collins, OSB 822213
e-mail: lorencollins2014@outlook.com
388 State Street, Suite 615
Salem, OR 97301
Tel. 971.272.0427
Attorneys for Plaintiff

Jessica Spooner, OSB 105919
e-mail: jessica.spooner@doj.state.or.us
Department of Justice, Trial Division
1162 Court Street NE
Salem, OR 97301
Tel. 971.273.0427
Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **MICHAEL PERKINS,** | Civil No.: 6:15-cv-01036-AA |
| Plaintiff, | |
| v. | **STIPULATED ORDER OF DISMISSAL OF CLAIMS PURSUANT TO FED. R. CIV. P. 41** |
| **OREGON DEPARTMENT OF CONSUMER AND BUSINESS SERVICES, BUILDING CODES DIVISION** and **SHANE SUMPTION in his individual capacity,** | |
| Defendants. | |

*Page - 1 – Stipulated Order of Dismissal fo Claims Pursuant to Fed. R. Civ. P.41*

All parties to this action having stipulated through their attorneys pursuant to Fed. R. Civ. P. 41, it is hereby ORDERED that:

1. Plaintiff's Third Claim for Relief alleging age discrimination under ORS 659A.030, Fourth Claim for Relief alleging whistleblowing under ORS 659A.199 *et. seq.*, Fifth Claim for Relief alleging whistleblowing under ORS 659A.203 *et. seq.*, Seventh Claim for Relief alleging discrimination against injured workers under ORS 659A.040, *et. seq.*, Eighth Claim for Relief alleging wrongful discharge and Ninth Claim for Relief alleging discrimination on the basis of disability under ORS 659A.112, are involuntarily dismissed without prejudice on the basis of Eleventh Amendment Immunity and may be refiled in state court pursuant to ORS 12.220;

2. Plaintiff's First Claim for Relief alleging violation of due process under 42 USC § 1983 is dismissed without prejudice based upon the agreement of the parties and may be refiled in state court; and

3. Plaintiff's Second Claim for Relief for discrimination on the basis of age under the ADEA, 29 U.S.C. §§ 623, *et. seq.* and Sixth Claim for Relief for discrimination on

//

//

the basis of disability under the ADA, 42 U.S.C., 42 U.S.C. § 12101, *et. seq.,* are dismissed with prejudice.

Dated this \_\_21\_\_ day of \_\_October\_\_, 2015

_____
Honorable Ann L. Aiken
Chief Judge, United States District Court for Oregon

**IT IS SO STIPULATED**

/s/ Jane W. Stebbins
Jane W. Stebbins, OSB 144376
Attorney for Plaintiff

/s/ Loren W. Collins
Loren W. Collins, OSB 822213
Attorney for Plaintiff

/s/ Jessica Spooner
Jessica Spooner, OSB 105919
Attorney for Defendants

*Page - 3 – Stipulated Order of Dismissal fo Claims Pursuant to Fed. R. Civ. P.41*